AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

UNITED STATES OF AMERICA,

                Plaintiff,

v.

$10,560.00 U.S. CURRENCY,

                Defendant.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-08-033-JLQ

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that claimant, Cherubim Hurdle, failed to comply with the requirements of Rule G(5), and, therefore, the Court SRIKES Ms. Hurdle's claim with prejudice. Ms. Hurdle lacks standing to make a valid claim against the currency in question.

| | |
|---|---|
| October 28, 2008 | JAMES R. LARSEN |
| *Date* | *Clerk* |
| | s/ Linda Emerson |
| | *(By) Deputy Clerk* |
| | Linda Emerson |